# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THOMAS ANSONE,                              No. 2:12-cv-870

    Complainant,

v.

CITY OF NEW CASTLE PENNSYLVANIA,
MARY ANNE GAVRILLE and RICHARD
BESHERO,

    Respondents.

## **ORDER OF COURT**

    AND NOW, on this 13th day of September, 2012, upon consideration of Defendant's Motion to Extend Time to file a responsive pleading, it is hereby ORDERED AND DECREED that the Motion is GRANTED and Defendant shall file a responsive pleading no later than October 7, 2012.

                      BY THE COURT:

_____s/Gary L. Lancaster,_____C.J.
_____Hon. Gary L. Lancaster, Chief U.S. District Judge